NATHAN W. FISCHEL, as Administrator of the Estate of HANNAH FISCHEL, Deceased, Respondent, v. WOMAN'S HOSPITAL IN THE STATE OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Callahan and Rabin, JJ.

HYMAR REALTY CORP., Plaintiff, v. SERVEL NEW YORK CORPORATION, Defendant and Third-Party Plaintiff-Respondent. ELTON UTILITIES, INC., Third-Party Defendant-Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Cohn, Callahan and Rabin, JJ.

In the Matter of FRANCIS A. O'HARA, Respondent, against GEORGE P. MONAGHAN et al., Constituting the Board of Trustees of the Police Pension Fund, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ. [See post, p. 847.]

FRANK J. BUTLER, Respondent, v. D. M. W. CONTRACTING CO., INC., Appellant, and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, Respondent-Appellant.— While the general contractor in the construction of a building owes to the employees of a subcontractor a common-law duty of exercising reasonable care to make safe the places of work provided by him, and the ways and approaches to such places (cf. Iacono v. Frank & Frank Contr. Co., 259 N. Y. 377), the scaffold from which plaintiff fell was neither a place of work provided by the general contractor nor a way of approach to such place. Upon the evidence here presented, the scaffold did not constitute a place of work within the purview of section 200 of the Labor Law. Judgment unanimously reversed, with costs to the appellants, and judgment is directed to be entered in favor of the appellants dismissing the complaint herein, with costs. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

BLEECKER LUNCHEONETTE, INC., Appellant, v. ROBERT F. WAGNER et al., Constituting the Board of Estimate of the City of New York, et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ. [See post, p. 846.]

In the Matter of ERNEST FERGUSON et al., Appellants, against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

In the Matter of JOSEPH VOLPE, Appellant, against GEORGE SCHECHTER et al., Constituting the Municipal Civil Service Commission for the City of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.